**Order entered February 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00867-CV

### TYLER DURDEN, Appellant

### V.

### WATERTON ASSOCIATES, LLC, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07819**

## ORDER

Before the Court is appellee's February 8, 2022 motion for a thirty-day extension of time to file its brief and appellant's February 9, 2022 opposition to the motion. We **GRANT** the motion and **ORDER** the brief be filed no later than March 11, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE